UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRISTAN OMARR ARMSTRONG, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-03194 |
| BEXAR COUNTY, TEXAS, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation filed April 12, 2018 (Doc. #20), and Plaintiff's Objections (Doc. #22). The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order. Therefore, this case is hereby DISMISSED with prejudice.

It is so ORDERED.

MAY 1 1 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge